

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED** DEC 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| vs. | 07cr 3324·L |
| Jose Ruiz-Ruiz | Case No. 07 MJ 2662 |

I, [Defendant], the above named defendant, who is accused of  18 USC 1001

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __12-13-07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_RJiL Federico_
Defendant

_Gary Edwards_
Counsel for Defendant

Before _____
Judicial Officer